IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **LANDMARK REALTY, INC. et. al.,** | * | |
| | * | |
| Plaintiffs | * | AW 10 cv 0278 |
| v. | * | |
| **GREAT AMERICAN INSURANCE COMPANY** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
DISCLOSURE OF CORPORATE AFFILIATION**

Pursuant to Local Rule 103.3 (D. Md.), Defendant, Great American Insurance Company, by its undersigned counsel, discloses that it is a member of the American Financial Group, which has common stock listed and traded on the New York Stock Exchange and NASDAQ. On behalf of the Defendant, the undersigned certifies that to the best of its knowledge and belief, American Financial Group is affiliated with the following other companies:

  Great American Insurance Group
  American Empire Group
  American Empire Surplus Lines Insurance Company
  American Empire Insurance Company
  American Empire Underwriters, Inc.
  Mid Continent Group
  National Interstate Insurance Companies
  Republic Indemnity Company of America
  Great American Financial Resources, Inc.

Respectfully submitted,

/s/ Geneau M. Thames
V. TIMOTHY BAMBRICK, 1186
GENEAU M. THAMES, Bar No. 27732
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6432
*Counsel for Great American Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2010, a copy of Defendant's Notice of Corporate Disclosure was served via electronic mail to:

C. Thomas Brown, Esquire
Silver & Brown
A Professional Corporation
Suite 101
Fairfax, VA 22030
***Attorney for the Plaintiff***

/s/ Geneau M. Thames
GENEAU M. THAMES

ND: 4838-6092-3909, v. 1